# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 13 |
| | Case No. **15-50839 MEH** |
| **Star Mallory** | |
| | APPLICATION FOR COMPENSATION; DECLARATION |
| Debtor(s) / | |

1. Debtor(s') attorney, __**Ralph P. Guenther 124245**__, requests the approval of attorney's fees in the sum of $__**4,700.00**__ pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $__**2,150.00**__ has been previously paid to Debtor(s)' attorney.

2. In addition to the basic case, the Debtor(s') case involves:

   ___ Real property claims
   ___ Compromise plan use
   ___ Certain additional real property: ____ piece(s)
   _x_ State or federal tax claims
   _x_ Vehicle loans or leases
   ___ An operating business
   ___ Support arrears
   ___ Student loans
   ___ 25 or more creditors
   ___ Motion to commence or extend the automatic stay

3. A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4. All fees are subject to Court approval, whether paid in advance or through the plan.

   I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: __**March 13, 2015**__     **/s/ Ralph P. Guenther**
                                  **Ralph P. Guenther 124245**
                                  Attorney for Debtor(s)

Rev. 6/06