Ralph P. Guenther, Esq. (SBN 124245)
DOUGHERTY & GUENTHER, APC
601 S Main Street
Salinas, CA 93901
Telephone: 831.783.3440

Attorneys for Debtor
STAR MALLORY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                                Case No. 15-50839 MEH

                                                      Chapter 13
STAR MALLORY

        Debtor.

_____/

**DECLARATION BY DEBTOR**

I, STAR MALLORY, declare:

1. I am the debtor herein. I make this declaration from my personal knowledge and if called as a witness would testify competently to the following facts.

2. I filed a Chapter 13 Petition for bankruptcy through my attorneys on March 13, 2015.

3. The 341 Meeting of Creditors took place on April 29, 2015 at 10:45 a.m.

4. In the early part of 2014, I was working an average of eight or nine shifts a week to supplement my income in order to afford the payments to Sterling Pacific Lending, Inc. On January 26, 2014, I worked a double shift and on January 27th I picked up another shift. On January 28,

2014, I collapsed at home in the bathroom and my daughter found me three hours later. She took me to Watsonville Community Hospital ER and I was discharged with a diagnosis of influenza. Three days later, I did not show any signs of improving, my son and daughter took me to Dominican Hospital at which time they immediately gave me an MRI. I was diagnosed with a traumatic brain injury and brain bleed in my right frontal lobe. The side effects related to this injury continue to plague me. I am easily confused, exhaust easily and I do not deal with stress very well at all.

5. During the Meeting of Creditors, I testified that my current monthly rental expense is $2,525.00. My testimony was not accurate as to this answer. I misunderstood the question and thought that I had been asked to provide the total amount I pay for rent each month which includes my daughter's rent.

6. I added the monthly expenses that I paid on behalf of my daughter on the Schedule I collectively in the appropriate categories instead of listing them as a separate line item. For example, I pay $1,425.00 per month for my rent and I pay $1,100.00 per month for my daughter's rent. Schedule I correctly reflects $2,525.00 as the total amount of rent that I pay.

7.. The following is a breakdown of all of the monthly expenses that I paid on her behalf:
    a. Rent for Daughter     $1,100.00
    b. Utilities (cable, phone, internet, PG&E)     $ 59.99
    c. Food     $ 300.00

8. I also testified that my daughter did not live with me at the time I filed my bankruptcy petition. Notwithstanding, my daughter is unemployed, disabled and relies on me for her care and well being. Moreover, I claim my daughter and my son on my Federal and State Income Taxes. Accordingly, I believe that the household size of three reflected on my SCMI is accurate and appropriate.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 30, 2015, at Monterey, California.

                                        */s/ Star Mallory*
                                        Star Mallory