Form NTCHLB13

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Star Mallory | Case No.: 15–50839 HLB 13 |
|---|---|---|
| | | Chapter: 13 |

## REASSIGNMENT OF CASE

NOTICE TO BANKRUPTCY PRACTITIONERS, ATTORNEYS, TRUSTEES and INTERESTED PARTIES:

Effective July 1, 2015, the above case is reassigned from the Honorable M. Elaine Hammond to the Honorable Hannah L. Blumenstiel. The case number remains the same, however the designation will be changed from MEH to HLB.

All interested parties are directed to use the same case number, but change to the new designation in all documents filed hereafter with the court.

Notice is further given that effective July 1, 2015, unless otherwise ordered, all matters scheduled for hearings in the above−captioned case will be heard at 1000 South Main Street, Salinas, CA in Room 214. Please refer to the court website at http://www.canb.uscourts.gov/judge/blumenstiel/calendar for more information regarding Judge Blumenstiel's calendar.

Dated: 7/1/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court