DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

MALLORY, STAR

Debtor(s)

Chapter 13
Case No. 15-50839 HLB

**FIRST AMENDED**
TRUSTEE'S OBJECTION TO
CONFIRMATION WITH CERTIFICATE OF
SERVICE

Confirmation Date: N/A – Trustee's Pending List

Judge: Hannah L Blumenstiel

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. Pursuant to Debtor's testimony given at the Section 341 Meeting of Creditors and the Declaration by Debtor filed on May 1, 2015 [Docket #13], an Amended Official Form 22C-1 and Amended Official Form 22C-2 must be filed to list a household size of 2 (two) as it appears from the Debtor's testimony and the declaration provided the Debtor's disabled daughter does not live with the Debtor and did not live with the Debtor during the 6 (six) months prior to filing.

Objection to Confirmation 15-50839 HLB–

1

2. The Trustee is unable to recommend confirmation because the length of the proposed First Amended Chapter 13 Plan filed on May 14, 2015 [Docket #6] is less than the applicable commitment period under 11 U.S.C. §1325(b)(4). *See In Re Flores*, 735 F.3d 855 (9th Cir. 2013) (en banc). The Debtor is above median and the current plan term is 44 months. The plan term needs to be 60 months.

3. The Trustee is unable to determine whether all of the Debtor's projected disposable income is being applied to make payments to unsecured creditors under the plan as required by 11 U.S.C. §1325(b)(1)(B). Based on the Trustee's review of the deposit statements from A.L. Gump sub-trusts, Investment Statement from Gump Trust, and debtors' 2014 U.S. Individual Income tax return, her gross monthly income from Gump Trust is $6,482.09, not $5,922.01 as listed on Line 10a of Official Form 22C-1. Based on this information and on the holding in *Hamilton v. Lanning,* 560 U.S. 505, 130 S. Ct. 2464, 177 L. Ed. 2d 23 (2010), the Trustee requests that the Debtor amend the Form 22C to provide for the accurate monthly income from Gump Trust of $6,482.09 per month.

4. There is a violation of 11 U.S.C. §109(e) as unsecured debts exceed the permitted debt limit of $383,175.00. It appears Debtor does not qualify for Chapter 13.

Dated: July 13, 2015  /S/ Devin Derham-Burk
_____
Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's First Amended Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on July 13, 2015.

Said envelopes were addressed as follows:

| | |
|---|---|
| STAR MALLORY<br>1595 JOSSELYN CANYON #B2<br>MONTEREY, CA 93940 | DOUGHERTY & GUENTHER APC<br>601 S MAIN ST<br>SALINAS, CA 93901 |

/S/ Erin Chew_____
Office of Devin Derham-Burk, Trustee