Signed and Filed: August 25, 2015

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | Case No. 15-50839 HLB |
| ) | |
| STAR MALLORY, ) | Chapter 13 |
| ) | |
| Debtor. ) | |

### ORDER GRANTING MOTION TO DISMISS

On August 21, 2015, the Court held a hearing on Creditor Sterling Pacific Lending's Motion to Dismiss (the "Motion"). Appearances were as noted on the record. Upon due consideration, and for the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. The Motion is **DENIED** as to dismissal for bad faith.
2. The Motion is **GRANTED** as to ineligibility under 11 U.S.C. § 109(e).
3. The effectiveness of this order shall be stayed for 10 days to permit Debtor the opportunity to convert this case to one under Chapter 7 or Chapter 11.
4. If Debtor does not convert the case in that time, the case shall be dismissed without further order of the Court.

**\*\*END OF ORDER\*\***

ORDER GRANTING MOTION TO DISMISS - 1 -

**Court Service List**