Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Star Mallory | Case No.: 15−50839 HLB 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 8/25/15 dismissing the above−captioned case.

Dated: 8/25/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 35